# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | **SECOND AMENDED JUDGMENT** |
| v. | ) | |
| Michael Anthony Gaither | ) | Case No: 5:08-CR-109-1F |
| | ) | USM No: 51168-056 |
| Date of Original Judgment: March 3, 2009 | ) | |
| Date of Previous Amended Judgment: December 27, 2012 | ) | Thomas P. McNamara |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 51 months **is reduced to** 21 months in Count 2.

A 60-month consecutive sentence remains in effect for Count 3.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 3, 2009, and December 27, 2012, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12/31/12

Effective Date: _____
*(if different from order date)*

Judge's signature

The Honorable James C. Fox, Senior U.S. District Judge
*Printed name and title*

EDNC 7/26/2012