UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-109-F

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| | : ORDER |
| MICHAEL ANTHONY GAITHER, | : |
| Defendant. | : |

It appearing to the Court that during the investigation of the above-captioned case, agents of the Federal Bureau of Investigation seized and used as evidence the following items:

> a New England Firearms, 12-gauge shotgun, Model Pardner, serial number NR287068

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described items be disposed of, or destroyed by agents of the Raleigh Police Department in accordance with regulations of the Raleigh Police Department.

This the 21st day of April, 2015.

_____
HONORABLE JAMES C. FOX
Senior United States District Court Judge